**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
(EASTERN DIVISION)**

| | | |
|---|---|---|
| CAPITAL REGION HONDA DEALERS, LLC d/b/a CAPITAL NORTH COUNTRY HONDA DEALERS ADVERTISING ASSOCIATION, | ) ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:25-cv-3947 |
| v. | ) ) ) | The Honorable Matthew F. Kennelly |
| PINNACLE ADVERTISING AND MARKETING GROUP, INC. d/b/a AUTOMOTIVE REGIONAL ADVERTISING, LLC, ONEIIONE LLC, MICHAEL MAGNUSSON, an individual, and JOHN and JANE DOES 1-10, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## JOINT MOTION TO DISMISS PURSUANT TO SETTLEMENT

The parties, Pinnacle Advertising & Marketing Group, Inc., Automotive Regional Advertising, LLC, OneIIOne LLC and Michael Magnusson and Capital Region Honda Dealers, LLC d/a/a Capital North Country Honda Dealers Advertising Association by their undersigned counsel, respectfully request this Court to dismiss this case, with prejudice, pursuant to FRCP 41(a)(2), and in support state as follows:

The parties have resolved all of their disputes pursuant to a settlement agreement and have agreed to dismiss all of their pending claims, including the claims in this action. The parties' settlement agreement does provide that Court will retain jurisdiction solely for purposes of enforcing the Settlement Agreement.

For these reasons, the parties respectfully request that this Court enter an Order dismissing this lawsuit, with prejudice, all parties to bear their own costs.

| | |
|---|---|
| **Dated:**  August 12, 2025 | Respectfully submitted,<br><br>/s/Peter M. King<br>Peter M. King<br>William H. Jones<br>Jeffrey M. Mathis<br>**KING & JONES**<br>70 West Madison Street, Suite 3970<br>Chicago, IL 60602<br>T:  (312) 372-4142<br>F:  (312) 372-6737<br>pking@kingjoneslaw.com<br>wjones@kingjoneslaw.com<br>jmathis@kingjoneslaw.com<br>*Counsel for Defendants*<br><br>~and~<br><br>/s/Russell P. McRory<br>Russell P. McRory<br>Michael P. McMahan<br>**ARENTFOX SCHIFF LLP**<br>1301 Avenue of the Americas, Fl. 42<br>New York, NY 10019<br>Tel: (212) 484-3900<br>russell.mcrory@afslaw.com<br>michael.mcmahan@afslaw.com<br>*Counsel for Plaintiffs* |