# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Capital Region Honda Dealers, LLC

                                                    Plaintiff,

v.                                                                                    Case No.: 1:25−cv−03947
                                                                                     Honorable Matthew F.
                                                                                     Kennelly

Pinnacle Advertising and Marketing Group, Inc., et al.

                                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 15, 2025:

      MINUTE entry before the Honorable Matthew F. Kennelly: Previously filed motion to dismiss [36] is terminated as moot. Revised motion to dismiss [38] is granted. This case is dismissed with prejudice and without costs. Civil case terminated. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.